DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHAN B. WILLIAMS** and **JASON D. WILLIAMS,**
Appellants,

v.

**CLARIZA VERA,**
Appellee.

No. 4D21-2418

[September 8, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-16900.

Lamont Mignott of Mignott Law, P.A., Miami, for appellants.

Ryan S. Shipp and Andrew J. Rochen of Law Office of Ryan S. Shipp, PLLC, Lantana, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***